**FORM 9** (Rev. 11/93)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **In the matter of:** <br> **Debbra O. Bullock** | Case No. 00-36449 <br><br> **Chapter 7** <br><br> **Judge Lawrence S. Walter** |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $57.62 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Kettering Radiologists Inc. <br> Revenue Group <br> PO Box 221278 <br> Beachwood, Ohio 44122-0996 | 2 | $9.30 |
| Dayton Community Associated Physicians <br> PO Box 711722 <br> Columbus, Ohio 43271 | 3 | $1.53 |
| First Premier Bank <br> 900 W. Delaware <br> Sioux Falls, SD 57104 | 4 | $5.64 |
| Cornerstone Bank <br> 28 E. Main St. <br> Springfield, Ohio 45502-1306 | 6 | $12.50 |
| First Select <br> 4460 Rosewood Drive <br> Pleasanton, CA 94588 | 8 | $28.65 |

Date:  February 5, 2010                                    /s/Paul H. Spaeth
                                                      Paul H. Spaeth, Trustee
                                                      7925 Paragon Road, Suite 101
                                                      Dayton, Ohio 45459
                                                      (937) 223-1655
                                                      (937) 223-1656 (fax)
                                                      spaethlaw@phslaw.com